I must inform you that as of April 4, 2025, your SEVIS immigration record has been terminated by the Department of Homeland Security. The reason cited on your SEVIS record for your immigration record termination is:

TERMINATION REASON: OTHERWISE FAILING TO MAINTAIN STATUS - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.

We do not have access to any information specific to why your record was terminated, but your lawful status in the U.S. is terminated, and you are at risk of detention and deportation. You should contact an immigration attorney to try to find out more about your immigration record termination, and your future options.

We can discuss this when you come in at 9 am. I'm so sorry that this is happening.

Sincerely,

Beth

Ms. Beth Riley, Director, PDSO/RO

Ivanhoe International Center

605.394.6884

EXHIBIT 3