**To:**
U.S. Citizenship and Immigration Services

**Subject:** Support for Reinstatement of F-1 Student Status for **Priya Saxena**

**SEVIS ID: N0031109990**

**Dear USCIS Officer,**

I am writing in my capacity as the Primary Designated School Official (PDSO) at South Dakota School of Mines and Technology (SDSMT) to support the reinstatement request of Priya Saxena, an F-1 student at our institution. Ms. Saxena has been enrolled in good standing throughout her time here in the Chemical and Biological Engineering doctoral program and is committed to completing their academic program at SDSMT.

Ms. Saxena fell out of status due to the USCIS sweeping terminations of students who had a charge or conviction in the past. This student's charge of Driving Under the Influence (DUI) back in 2021 was dismissed without a conviction. Following this, the student reapplied for a visa and was promptly granted one, confirming her good standing  The situation was unintentional and does not reflect a pattern of willful noncompliance with F-1 regulations.

Ms. Saxena is currently pursuing a full course of study at SDSMT. She is enrolled in full time status, which meets the requirements for maintaining F-1 status. Additionally, she has not engaged in any unauthorized employment during their time in the United States.

Failure to reinstate Ms. Saxena would result in significant hardship. It would disrupt their academic progress and jeopardize her ability to complete her degree program. This could also negatively impact her future career opportunities, as this program is essential for achieving her professional goals in Chemical and Biological Engineering.

I respectfully request that USCIS reinstate Priya Saxena to F-1 student status. She has demonstrated a commitment to complying with all future immigration regulations and continuing her education at our institution. I believe that reinstating her status will allow her to successfully complete their academic program and contribute positively to her field of study.

Thank you for your consideration of this request. Should you require additional information, please do not hesitate to contact me at beth.riley@sdsmt.edu or 605-394-6884.


EXHIBIT 4

Please find attached the required documentation, including the new Form I-20 issued for reinstatement purposes, the student's transcript, financial evidence, and other supporting materials.

Sincerely,


Beth Riley
Primary Designated School Official
South Dakota School of Mines and Technology
501 East St. Joseph Street