UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| PRIYA SAXENA,<br><br>                Plaintiff,<br><br>  vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; THE DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>                Defendants. | 5:25-CV-05035-KES<br><br><br>ORDER SCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

      Plaintiff, Priya Saxena, moves under Fed. R. Civ. P. 65(a) for a preliminary injunction against defendants. Docket 2. Good cause appearing, it is

      ORDERED that the hearing on the motion for preliminary injunction will be held on **Tuesday, May 13, 2025, at 9:00 a.m.,** in Rapid City Courtroom 2. It is

      FURTHER ORDERED that plaintiff will disclose witnesses who will testify, and the subjects of their testimony on or before May 2, 2025. Defendants will disclose witnesses who will testify, and the subjects of their testimony on or before May 5, 2025.

      Dated April 25, 2025.

                                            BY THE COURT:

                                            /s/ *Karen E. Schreier*
                                            KAREN E. SCHREIER
                                            UNITED STATES DISTRICT JUDGE