UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Priya Saxena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 5:25-cv-5035 |
| | ) | |
| Kristi Noem, in her official capacity as | ) | |
| Secretary of Homeland Security; | ) | |
| the Department of Homeland Security; | ) | |
| and Todd Lyons, in his official capacity | ) | |
| as Acting Director of U.S. Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Motion to Extend Temporary Restraining Order

Pursuant to F.R.Civ.P. 65(b)(2), plaintiff moves to extend the temporary restraining order (Doc. 8) for fourteen days, through May 16, 2025. Defendants do not consent to this extension.

Dated: April 30, 2025       Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702

                                      Tel: (605) 341-4400
                                      jim@southdakotajustice.com
                                      Attorney for Plaintiff

<u>Certificate of Service</u>

      I certify that on April 30, 2025, I filed this document using CM/ECF, which will cause automatic electronic service to be made on defendants.

                                      <u>/s/ James D. Leach</u>
                                      James D. Leach