UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>    Plaintiff,<br><br>    v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | 5:25-cv-05035-KES<br><br>**OPPOSITION TO EXTENSION OF TEMPORARY RESTRAINING ORDER** |

Defendants, by and through their undersigned counsel, respectfully submit this opposition to Plaintiff Priya Saxena's request for an extension of the Temporary Restraining Order ("TRO"). Doc. 17. The Court, in part, granted the TRO by noting that the termination of Ms. Saxena's SEVIS record rendered her ineligible to graduate in her Ph.D. program on May 10, 2025, that she could face potential fine, detention, deportation, and ineligibility for a future visa, and that she was in an uncertain legal status because of the terminated SEVIS record. Doc. 8, at pp. 5-6. Ms. Saxena mainly seeks to extend the TRO so that she can graduate and prevent arrest until the preliminary injunction hearing. Doc. 19, at p. 2. Ms. Saxena's SEVIS record was restored to Active on April 21, 2025. Accordingly, she is not prevented from completing her Ph.D. program because of a terminated SEVIS record. Similarly, Ms. Saxena has not established that she is likely to suffer any other irreparable harm as her SEVIS record is Active. Accordingly, the Court should deny the motion to extend the TRO.

Dated this 1st day of May 2025.

          ALISON J. RAMSDELL
          United States Attorney

          */s/ Michaele S. Hofmann*
          MICHAELE S. HOFMANN
          Assistant U.S. Attorney
          Andrew W. Bogue Fed. Bldg.
          515 Ninth Street, Suite 201
          Rapid City, SD  57701
          (605) 342-7822
          Michaele.Hofmann@usdoj.gov