UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena, ) <br> ) <br>   Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Kristi Noem, in her official capacity as ( <br> Secretary of Homeland Security; ) <br> the Department of Homeland Security; ) <br> and Todd Lyons, in his official capacity ) <br> as Acting Director of U.S. Immigration ) <br> and Customs Enforcement, ) <br> ) <br>   Defendants. ) <br> _____ ) | Civ. 5:25-cv-5035 |

### **Witness List for Hearing on Motion for Preliminary Injunction**

In accordance with the Order Scheduling Hearing on Motion for Preliminary Injunction (Doc. 15), Priya Saxena files this disclosure of witnesses who will testify and the subjects of their testimony:

    1.    Priya Saxena. Subjects: Background, history of coming to the United States, progress toward Ph.D., August 2021 traffic offense, temporary revocation of visa in late 2021 or early 2022, process of reinstatement of visa in early 2022, reinstatement of visa in early 2022, further progress toward Ph.D., April 2025

termination of SEVIS status and alleged revocation of visa, reinstatement of SEVIS status, plans for the future.

    Dated: May 2, 2025        Respectfully submitted,

/s/ James D. Leach<br>
James D. Leach<br>
Attorney at Law<br>
1617 Sheridan Lake Rd.<br>
Rapid City, SD 57702<br>
Tel: (605) 341-4400<br>
jim@southdakotajustice.com<br>
Attorney for Plaintiff

Certificate of Service

    I certify that on May 2, 2025, I filed this document using CM/ECF, which will cause automatic electronic service to be made on defendants.

/s/ James D. Leach<br>
James D. Leach