UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Priya Saxena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 5:25-cv-5035 |
| | ) | |
| Kristi Noem, in her official capacity as | ( | |
| Secretary of Homeland Security; | ) | |
| the Department of Homeland Security; | ) | |
| and Todd Lyons, in his official capacity | ) | |
| as Acting Director of U.S. Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**Supplemental Authorities in Support of
Reply Memorandum in Support of
<u>Motion to Extend Temporary Restraining Order</u>**

The initial cases addressing whether defendants' reinstatement of a persons's SEVIS status that it unlawfully terminated moots the case hold that reinstatement does *not* make the case moot. *Doe v. Noem*, 2025 U.S. Dist. Lexis 79668 * 16-17 (E. D. Pa. April 28, 2025); *In re Rodriguez*, 2025 U.S. Dist. Lexis 83349 * 26-30 (D. Conn. May 1, 2025). These cases are well-reasoned and Saxena asks this Court to follow them. This issue will be more fully addressed in her brief due May 9.

Dated: May 2, 2025    Respectfully submitted,

          /s/ James D. Leach
          James D. Leach
          Attorney at Law
          1617 Sheridan Lake Rd.
          Rapid City, SD 57702
          Tel: (605) 341-4400
          jim@southdakotajustice.com
          Attorney for Plaintiff

<u>Certificate of Service</u>

I certify that on May 2, 2025, I filed this document using CM/ECF, which will cause automatic electronic service to be made on defendants.

          /s/ James D. Leach
          James D. Leach