UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>            Plaintiff,<br><br>      v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>            Defendants. | 5:25-cv-05035-KES<br><br>**WITNESS LIST FOR HEARING ON PRELIMINARY INJUNCTION** |

In accordance with the Order Scheduling Hearing on Motion for Preliminary Injunction (Doc. 15), Defendants file this disclosure of witnesses who will testify and the subjects of their testimony:

1. Defendants will not present any witnesses.

Dated this 5th day of May 2025.

                                        ALISON J. RAMSDELL
                                        United States Attorney

                                        */s/ Michaele S. Hofmann*
                                        MICHAELE S. HOFMANN
                                        Assistant U.S. Attorney
                                        515 Ninth Street, Suite 201
                                        Rapid City, SD  57701
                                        (605) 342-7822
                                        Michaele.Hofmann@usdoj.gov