UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Priya Saxena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 25-5035 |
| | ) | |
| Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of James D. Leach

1. Attached as Exhibit 1 is a true copy of the notarized Affidavit of Jasmin Farmakes, Ph.D., stating the results of two blood tests for ethyl alcohol content for Priya Saxena as 0.0612% and 0.0611%.

2. Attached as Exhibit 2 is a true copy of U. S. Department of State Guidance Directive 2016-03, 9 FAM [Foreign Affairs Manual] 403.11-3, which I printed from the internet on May 3, 2025.

3.     Attached as Exhibit 3 is a true copy of Ms. Hofmann email to me on May 7, 2025, and my response.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2025.

<u>/s/ James D. Leach</u>
James D. Leach
