STATE OF SOUTH DAKOTA
COUNTY OF MEADE

AFFIDAVIT

STATE OF SOUTH DAKOTA

v.

<u>SAXENA, PRIYA</u>

Dr. Jasmin Farmakes, BEING FIRST DULY SWORN UPON HER OATH, DEPOSES AND STATES:

1. That my name is Dr. Jasmin Farmakes and that at all times pertinent hereto I am now and was so employed as a forensic chemist for the Rapid City Police Department, and that my duties include conducting tests for the analytical determination of ethyl alcohol content of blood, so defined in SDCL 32-23.

2. That on <u>8/8/2021</u>, I received in the testing laboratory a blood sample drawn from and attributed to the above referenced individual.

3. That I assigned the laboratory number <u>21BA-08-076</u> to the blood sample and proceeded to analyze the sample by head-space gas chromatography to determine the ethyl alcohol content (BAC).

4. That head-space gas chromatography is an accepted method for the determination of blood alcohol concentration, and that the instrument was properly calibrated and standard procedures were followed in completing this test.

5. That the blood sample was tested in duplicate on <u>8/8/2021</u> and determined to be <u>0.061% ± 0.004%</u> by weight in ethyl alcohol. When provided, the reported uncertainty is at a coverage probability of > 99.5% and based upon a 6% uncertainty in the analytical measurement. The result applies to the sample as received. The reported value is the average of the duplicate tests. Results for each test are as follows:

| Test 1 | 0.0612% |
|--------|---------|
| Test 2 | 0.0611% |

Signed and Dated <u>August 10, 2021</u> at Rapid City, SD.

Jasmin Farmakes, Ph. D.
Forensic Chemist

STATE OF SOUTH DAKOTA
COUNTY OF PENNINGTON

Subscribed and sworn before me, a Notary Public, at Rapid City, South Dakota, on <u>August 10, 2021</u>
(Date)

In witness whereof I hereunto set my hand and official seal.

Notary Public - South Dakota

My Commission Expires: <u>Sept. 14, 2022</u>

EXHIBIT 1