UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>　　　　Defendants. | 5:25-cv-05035-KES<br><br>**Declaration of Michaele S. Hofmann in Opposition to Request for Preliminary Injunction** |

Pursuant to 28 U.S.C. § 1746, I, Michaele S. Hofmann declare as follows:

1. I am the Assistant United States Attorney assigned to defend the above-entitled action.

2. Attached as Exhibit 1 is a copy of the Declaration of Andre Watson.

3. Attached as Exhibit 2 is a copy of the Declaration of James Hicks.

4. Attached as Exhibit 3 is a copy of the Declaration of Michelle Young.

5. Attached as Exhibit 4 is a true copy of a certified copy of the information filed in Meade County Court Docket No. 46CRI21-000626 charging Priya Saxena with driving a vehicle while under the influence of alcohol in violation of SDCL 32-23-1(2); or in the alternative, driving a vehicle while having 0.08 percent or more alcohol in her blood in violation of SDCL 32-23-1(1).

6. Attached as Exhibit 5 is a true copy of a certified copy of the Judgment of Conviction (Plea) in Meade County Docket No. 46CRI21-000626.

7. Attached as Exhibit 6 is a true copy of the U.S. Department of State Foreign Affairs Manual, 9 FAM 403.11 (U) NIV Revocation, which I printed from the internet on May 10, 2025.

8. Attached as Exhibit 7 is a true copy of Termination Reasons found on the Department of Homeland Security website / SEVIS Help Hub, which I printed from the internet on May 11, 2025.

9. Attached as Exhibit 8 is a true copy of Austin T. Fragomen, Jr. et al., Immigration Procedures Handbook § 2:39 (Reasons for termination of SEVIS record and impact of termination), which I printed from the internet on May 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2025.

_____
Michaele S. Hofmann