| | |
|---|---|
| STATE OF SOUTH DAKOTA )<br>) ss.<br>COUNTY OF MEADE ) | IN MAGISTRATE COURT<br>FOURTH JUDICIAL CIRCUIT<br>COURT NO. 21-626 |
| STATE OF SOUTH DAKOTA,<br>    Plaintiff,<br>vs.<br>PRIYA SAXENA,<br>    Defendant. | CLASS 1 MISDEMEANOR: 1/2000<br><br>INFORMATION<br><br>COUNT I: DRIVING OR CONTROL OF VEHICLE WHILE UNDER THE INFLUENCE OF ALCOHOL, MARIJUANA, OR CONTROLLED SUBSTANCE<br><br>OR IN THE ALTERNATIVE<br><br>COUNT IA: DRIVING OR CONTROL OF VEHICLE WHILE HAVING 0.08 PERCENT OR MORE ALCOHOL IN BLOOD |

**FILED**
AUG 0 8 2021
SOUTH DAKOTA UNIFIED JUDICIAL SYSTEM
4TH CIRCUIT CLERK OF COURT
By_____

DOB: 09/29/1996
ADD: 11 E Quincy Street - Apt 10, Rapid City, SD 57701

    The undersigned prosecuting attorney, in the name of and by the authority of the State of South Dakota, makes and files this Information against Priya Saxena and charges that on or about August 7, 2021, in the County of Meade, State of South Dakota, Priya Saxena did commit the public offense(s) of:

COUNT I: DRIVING OR CONTROL OF VEHICLE WHILE UNDER THE INFLUENCE OF ALCOHOL, MARIJUANA, OR CONTROLLED SUBSTANCE in that (s)he did drive or was in actual physical control of any vehicle while under the influence of an alcoholic beverage, marijuana, or any controlled drug or substance not obtained pursuant to a valid prescription or any combination of an alcoholic beverage, marijuana, or such controlled drug or substance, in violation of SDCL 32-23-1(2);

OR IN THE ALTERNATIVE,

State v. Saxena,
INFORMATION
Page 2

---

COUNT IA: DRIVING OR CONTROL OF VEHICLE WHILE HAVING 0.08 PERCENT OR MORE ALCOHOL IN BLOOD in that (s)he did drive or was in actual physical control of any vehicle while there is 0.08 percent or more by weight of alcohol in her blood, in violation of SDCL 32-23-1(1);

contrary to the statute in such case made and provided against the peace and dignity of the State of South Dakota.

Dated this 8 day of August, 2021, at Sturgis, Meade County, South Dakota.

MEADE COUNTY STATE'S ATTORNEY

By: _____
Prosecuting Attorney
1425 Sherman Street
Sturgis, SD 57785
(605) 347-4491

Subscribed and sworn to before me this 8 day of August, 2021.

My Commission Expires
June 20, 2023

Lisa Williams
Notary Public, South Dakota

Witnesses known to the prosecuting attorney at the time of the filing of this Information:
Breanna Stickels, Teri Ellingson, Jasmin Farmakes, Nathan Walstrom

STATE OF SOUTH DAKOTA
Fourth Judicial Circuit Court
I hereby certify that the foregoing instrument is a true and correct copy of the original as the same appears on file in my office on this date:

APR 25 2025

Linda Keszler
Meade County Clerk of Courts
By: _____

**FILED**

AUG 08 2021

SOUTH DAKOTA UNIFIED JUDICIAL SYSTEM
4TH CIRCUIT CLERK OF COURT
By_____

Ex 4 - Declaration of Michaele Hofmann - 002