| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
|---|---|---|
| | ) SS | |
| COUNTY OF MEADE | ) | FOURTH JUDICIAL CIRCUIT |

| STATE OF SOUTH DAKOTA, | | |
|---|---|---|
| | Plaintiff, | **JUDGMENT OF CONVICTION (PLEA)** (SDCL 23A-27-4, 23A-27-27) |
| VS. | | **Docket No. 46CRI21-000626** |
| PRIYA SAXENA, | | |
| | Defendant, | |

A(n) Information was filed with this Court on or about August 08, 2021 charging the Defendant with the crime(s) of:

Viol Stopped Veh W/red/amber/yellow Signals/lights (32-31-6.1)

The Defendant was arraigned on said Information on September 09, 2021. , Matthew Kinney, defendant's attorney, State of South Dakota, plaintiff, Tanner J. Jackson, plaintiff's attorney, appeared at the Defendant's arraignment. The Court advised the Defendant of all constitutional and statutory rights pertaining to the charge(s) that had been filed against the Defendant. The Defendant pled:

Guilty Of Viol Stopped Veh W/red/amber/yellow Signals/lights (32-31-6.1)

It is the determination of this Court that the Defendant has been regularly held to answer for said offense(s); that said plea was voluntary, knowing and intelligent; that the Defendant was represented by competent counsel or knowingly, intelligently, and voluntarily waived their right to counsel and that a factual basis existed for the plea.

It is, therefore, the JUDGMENT of this Court that the Defendant is guilty of:

Viol Stopped Veh W/red/amber/yellow Signals/lights (32-31-6.1)

### SENTENCE

On September 09, 2021, the Court asked the Defendant if any legal cause existed to show why Judgment should not be pronounced. There being no cause offered, the Court thereupon pronounced the following sentence:

ORDERED that the Defendant, based on the following charge(s):

VIOL STOPPED VEH W/RED/AMBER/YELLOW SIGNALS/LIGHTS 32-31-6.1 M2 on 08/07/2021.
    Sentenced on 09/09/2021 with the following sentence(s):
        Incarceration:
            Location- Jail

FILED
SEP 09 2021
SOUTH DAKOTA UJS SYSTEM
4TH CIRCUIT CLERK OF COURT
By_____

1


Ex 5 - Declaration of Michaele Hofmann - 001

UJS 208 Rev. 02/2021

46CRI21-000626 PRIYA SAXENA

        Begins- 09/09/2021
        Total Term- 10 Day(s)
        Suspended- 10 Day(s)
Conditions: Jail time is suspended based on the following conditions
    THAT THE DEFENDANT PAY FINE AND COSTS TODAY BY 5 PM
    THAT THE DEFENDANT VIOLATE NO LAWS FOR A PERIOD OF
    6 MONTHS
    DEFENDANT SHALL PAY COUNTY COSTS TO THE AUDITORS
    OFFICE FOR BLOOD TESTING IN THE AMOUNT OF $90
Comments:

Fines: $421.50
Costs: $78.50

Dated this ___9___ day of ___Sept___, ___2021___, at Meade County, South Dakota.

BY THE COURT:

Judge Chad Callahan

Attest
/s/ Linda Keszler, Clerk Magistrate
by: JSBF10203, Clerk Magistrate, Deputy

STATE OF SOUTH DAKOTA
Fourth Judicial Circuit Court
I hereby certify that the foregoing instrument is a true and correct copy of the original as the same appears on file in my office on this date:

APR 25 2025

Linda Keszler
Meade County Clerk of Courts
By: _____

FILED
SEP 09 2021
SOUTH DAKOTA UNIFIED JUDICIAL SYSTEM
4TH CIRCUIT CLERK OF COURT
By_____ UJS 208 Rev 02/2021

2

Ex 5 - Declaration of Michaele Hofmann - 002