UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Priya Saxena, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 5:25-cv-5035 |
| | ) | |
| Kristi Noem, in her official capacity as | ) | |
| Secretary of Homeland Security; | ) | |
| the Department of Homeland Security; | ) | |
| and Todd Lyons, in his official capacity | ) | |
| as Acting Director of U.S. Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
|    Defendants. | ) | |
| _____ | ) | |

**Notice of Recent Additional Authority**

*Ajugwe v. Noem*, 2025 U.S. Dist. Lexis 89415, 2025 LX 89008 (M. D. Fla. May 12, 2025) (SEVIS termination case; plaintiff seeks preliminary injunction; defendants argue that termination was legal, and that case is moot because of their new policy; court rejects all defendants' arguments and issues preliminary injunction).

Dated: May 13, 2025				Respectfully submitted,

                                                    /s/ James D. Leach
                                                  James D. Leach
                                                  Attorney at Law
                                                  1617 Sheridan Lake Rd.

>Rapid City, SD 57702
>Tel: (605) 341-4400
>jim@southdakotajustice.com
>Attorney for Plaintiffs

Certificate of Service

    I certify that on May 13, 2025, I filed this document by CM/ECF, thereby causing automatic electronic service to be made on defendants.

>/s/ James D. Leach
>James D. Leach