UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. 5:25-cv-5035 |
| ) | |
| Kristi Noem, in her official capacity as ) | |
| Secretary of Homeland Security; ) | |
| the Department of Homeland Security; ) | |
| and Todd Lyons, in his official capacity ) | |
| as Acting Director of U.S. Immigration ) | |
| and Customs Enforcement, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## Notice of Scrivener's Error

In Doc. 27 at 9, the first paragraph should begin "Defendants do not contend . . . ." not "Defendants do not dispute . . . ."

Dated: May 13, 2025          Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

<u>Certificate of Service</u>

    I certify that on May 13, 2025, I filed this document by CM/ECF, thereby causing automatic electronic service to be made on defendants.

                                <u>/s/ James D. Leach</u>
                                James D. Leach