UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>　　　　Defendants. | 5:25-cv-05035-KES<br><br>**Order to Seal Document 29-4** |

　　　Upon the motion of the United States, and good cause shown, it is hereby, ORDERED that the District Court's document number 29-4, exhibit to the Declaration of Michaele S. Hofmann, be kept and retained under seal by the Clerk until further order of this Court.

　　　Dated this 13th day of May, 2025.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　U.S. District Judge