DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

**Priya Saxena**
V.
**Kristi Noem et al**

## EXHIBIT LIST

Case Number: **5:25-cv-5035**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Karen E. Schreier, United States District Judge | James Leach | Michaele Hofmann |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| May 13, 2025 | Deanna Clayborne | MSB |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | 05/13/25 | 05/13/25 | CV |
| | 2 | | 05/13/25 | 05/13/25 | affidavit |
| | 3 | | 05/13/25 | 05/13/25 | Email to/from embassy |
| | 4 | | 05/13/25 | 05/13/25 | Visa application |
| | 5 | | 05/13/25 | 05/13/25 | Email re: discovery materials |
| | 6 | | 05/13/25 | 05/13/25 | visa |
| | 7 | | 05/13/25 | 05/13/25 | Guidance directive |
| | 8 | | 05/13/25 | 05/13/25 | Email from Consular Information Unit |
| | 9 | | 05/13/225 | 05/13/25 | Letter from Ivanhoe International Center |

Page 1 of 4

DSD Rev. 09/17

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **Priya Saxena** | | | | v. | **Kristi Noem et al** — **5:25-cv-5035** |
| | | | | | |