UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Priya Saxena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 5:25-cv-5035 |
| | ) | |
| Kristi Noem, in her official capacity as | ( | |
| Secretary of Homeland Security; | ) | |
| the Department of Homeland Security; | ) | |
| and Todd Lyons, in his official capacity | ) | |
| as Acting Director of U.S. Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Motion for Permanent Injunction

Pursuant to D.S.D. Civ. LR 65.1, plaintiff moves for entry of a permanent injunction granting the same relief as in the Order Granting Plaintiff's Motion for Preliminary Injunction, Doc. 39 at 21-22.

Dated: May 15, 2025     Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702

                        Tel: (605) 341-4400
                        jim@southdakotajustice.com
                        Attorney for Plaintiff

Certificate of Service

I certify that on May 15, 2025, I filed this document using CM/ECF, thereby causing automatic electronic service to be made on counsel for defendants.

                        /s/ James D. Leach
                        James D. Leach