UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>          Plaintiff,<br><br>     v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>          Defendants. | 5:25-cv-05035-KES<br><br>**NOTICE OF APPEAL** |

   Defendants, Kristi Noem, in her official capacity as Secretary of Homeland Security ("DHS"), DHS, and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, hereby appeal from the Court's May 15, 2025, order granting a preliminary injunction (ECF 39), in the above-captioned case to the United States Court of Appeals for the Eighth Circuit.

   Dated this 14th day of July 2025.

                                        ALISON J. RAMSDELL
                                        United States Attorney

                                        */s/ Michaele S. Hofmann*
                                        MICHAELE S. HOFMANN
                                        Assistant U.S. Attorney
                                        Andrew W. Bogue Fed. Bldg.
                                        515 Ninth Street, Suite 201
                                        Rapid City, SD  57701
                                        (605) 342-7822
                                        Michaele.Hofmann@usdoj.gov