# United States District Court
## District of South Dakota
Office of the Clerk

| Central/Northern Division | Southern Division | Western Division |
|---|---|---|
| P.O. Box 7147 | 400 South Phillips, | 515 Ninth Street, |
| Pierre, SD 57501 | Room 128 | Room 302 |
|  | Sioux Falls, SD 57104 | Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

July 14, 2025

## TRANSMITTAL OF NOTICE OF <u>INTERLOCUTORY</u> APPEAL IN A CIVIL CASE

1. **Case No. & Short Caption:** 5:25-cv-5035; Saxena v. Noem et al

2. **Date Notice of Appeal filed:** July 14, 2025

3. **Have other appeals been filed in this case? If so, Appeal No.:** No

4. **Court Reporter:**

   **Deanna Clayborne**
   515 Ninth Street
   Rapid City, SD 57701
   605-399-6007
   Deanna_clayborne@sdd.uscourts.gov

   **Tricia Bernstein**
   400 S. Phillips Ave
   Sioux Falls, SD 57104
   605-330-6613
   Tricia_bernstein@sdd.uscourts.gov

5. **Appellate Filing Fee Status:**

   ☐ Paid   ☒ Not Paid   ☐ IFP granted   ☐ IFP Pending

6. **Are there any other pending motions?** Yes

   **If yes, list pending motions and document numbers:**

   [2] Motion for Temporary Restraining Order, Motion for Permanent Injunction, Motion for Preliminary Injunction filed by Priya Saxena

   [40] Motion for Permanent Injunction filed by Priya Saxena

|   |   |   |
|---|---|---|
|   |   | [46] Motion to Dismiss for Failure to State a Claim, Motion to Dismiss for Lack of Jurisdiction filed by Department of Homeland Security, Todd Lyons and Kristi Noem. |
| 7. | **If this is a §2255 or §2254 appeal, has there been a ruling on COA?** | N/A |
| 8. | **Additional comments:** | Notice of INTERLOCUTORY Appeal as to [39] Order on Motion for Preliminary Injunction. |
|   |   | Notice of Appeal includes request to waive the appellate filing fee. |
|   |   | Office of the Clerk |