UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. 5:25-cv-5035 |
| ) | |
| Kristi Noem, in her official capacity as ) | |
| Secretary of Homeland Security; ) | |
| the Department of Homeland Security; ) | |
| and Todd Lyons, in his official capacity ) | |
| as Acting Director of U.S. Immigration ) | |
| and Customs Enforcement, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **Declaration of James D. Leach**

1. Attached Exhibit 1 is a true copy of the U.S. Citizenship and Immigration Service Approval Notice issued to Priya Saxena. It explains that it is sending an Employment Authorization Document (EAD) to her separately, and that the EAD is proof that she is allowed to work in the United States. I have redacted identifying numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2025.

/s/ James D. Leach
James D. Leach

Certificate of Service

I certify that on July 15, 2025, I filed this document using CM/ECF, thereby causing automatic electronic service to be made on counsel for defendants.

/s/ James D. Leach
James D. Leach
