UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>　　　　Defendants. | 5:25-cv-05035-KES<br><br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

　　Comes now the Defendants by and through its undersigned counsel, and files this Notice of Withdrawal and Substitution of Counsel. Assistant United States Attorney Michaele Hofmann was originally assigned to this case but will be departing from the U.S. Attorney's Office effective August 1, 2025. Assistant United States Attorney Alexis A. Warner is now appearing as counsel for Defendants in the above-captioned action, replacing Assistant United States Attorney Michaele Hofmann.

　　Notice is further given that all papers and documents in this action are to be served upon the undersigned, Alexis A. Warner, as counsel of record for Defendants.

　　Dated this 31st day of July, 2025.

　　　　　　　　　　　　　　　　　　　　ALISON J. RAMSDELL
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　 /s/ *Alexis A. Warner*
　　　　　　　　　　　　　　　　　　　　Alexis A. Warner
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　P.O. Box 2638
　　　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57101-2638
　　　　　　　　　　　　　　　　　　　　(605) 330-4400
　　　　　　　　　　　　　　　　　　　　Alexis.Warner@usdoj.gov