# United States District Court
## District of South Dakota
### Office of the Clerk

Central/Northern Division          Southern Division          Western Division
P.O. Box 7147                      400 South Phillips,        515 Ninth Street,
Pierre, SD 57501                   Room 128                   Room 302
                                   Sioux Falls, SD 57104      Rapid City, SD 57701

Matthew W. Thelen                                             Telephone
Clerk of Court                                                (605) 330-6600

August 27, 2025

Scott Lewandoski
Eighth Circuit Court of Appeals
111 South 10th Street, Suite 24.329
St. Louis MO  63102

       Re:    Your File No.:  25-02416
               Our File No.: 5:25-cv-5035-KES
               Saxena v. Noem et al

Dear Scott:

Enclosed please find the following sealed documents for the above case on appeal:

- Transcript [55] of Motion Hearing held on April 18, 2025; and
- Transcript [56] of Motion Hearing held on May 13, 2025.

If you have any questions, please feel free to contact our office.

                            Office of the Clerk

Enclosures