**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-2416

Priya Saxena

Appellee

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.

Appellants

___

Appeal from U.S. District Court for the District of South Dakota - Western
(5:25-cv-05035-KES)

___

**MANDATE**

In accordance with the judgment of October 31, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 31, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit