# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483
Tel: (605) 341-4400
Fax: (605) 341-0716

*Legal Assistant*
*Raquel L. Vokenroth, CLA*

*Legal Secretary*
*Tracy L. Gardner*

jim@southdakotajustice.com

_____

November 12, 2025

**<u>By CM/ECF</u>**

Hon. Karen E. Schreier
United States District Judge
400 S. Phillips Ave.
Sioux Falls, SD 57104

> Re:    Saxena v. Noem et al., Civ. 25-5035

Dear Judge Schreier:

The Court of Appeals granted the government's motion to dismiss its appeal, and issued the mandate.

I am writing to ask how the Court wishes to proceed. Dr. Saxena's motion for permanent injunction (Doc. 40) and Secretary Noem's motion to dismiss (Doc. 46) are fully briefed. One possibility is that the Court could now address those motions.

If you have any questions or if I can be of assistance, please let me know.

Respectfully submitted,

/s/ *James D. Leach*

James D. Leach

JL/hs
cc: Alexis Warner AUSA by CM/ECF