# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

*Legal Assistant*  Tel: (605) 341-4400  *Legal Secretary*
*Raquel L. Vokenroth, CLA*  Fax: (605) 341-0716  *Tracy L. Gardner*

jim@southdakotajustice.com

December 4, 2025

**By CM/ECF**

Hon. Karen E. Schreier
United States District Judge
400 S. Phillips Ave.
Sioux Falls, SD 57104

    Re:    Saxena v. Noem et al., Civ. 25-5035

Dear Judge Schreier:

    I respectfully request a status conference to discuss the next steps in this case. Thank you.

        Respectfully submitted,

        */s/ James D. Leach*

        James D. Leach

JL/hs
cc: Alexis Warner AUSA by CM/ECF