UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>       Plaintiff,<br><br>   v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>      Defendants. | 5:25-cv-05035-KES<br><br><br>**DECLARATION OF ALEXIS A. WARNER** |

Pursuant to 28 U.S.C. § 1746, I, Alexis A. Warner declare as follows:

1.     I am the Assistant United States Attorney assigned to defend the above-entitled action. I assumed responsibility for the defense of this action on July 31, 2025, after the previous Assistant United States Attorney assigned to this matter, Michaele S. Hofmann, retired from the office. (*See* Doc. 54, Notice of Withdrawal and Substitution of Counsel.)

2.     On June 30, 2025, Defendants filed a Motion to Dismiss. (Docs. 46-47.) The motion was fully briefed as of July 29, 2025. (Doc. 53, Defendants' Reply Brief on Motion to Dismiss.)

3.     On or about December 16, 2025, in preparation for the December 19, 2025, status hearing, undersigned counsel first received the attached Declaration of Akil Baldwin ("Baldwin Declaration") by the Office of Immigration Litigation. Although the Baldwin Declaration is dated August 4, 2025, undersigned counsel was not provided a copy of the declaration until December 16, 2025. A true and correct copy of the Baldwin Declaration is attached as **Exhibit 1**.

4.      The Baldwin Declaration contains information relevant to the issues currently before the Court in connection with Defendants' Motion to Dismiss.  The information contained within the declaration confirms and further supports Defendants' arguments that the issues raised by Dr. Saxena in this action are moot, the preliminary injunction should be vacated, and this case should be dismissed.  Namely, the declaration confirms that ICE will not re-terminate SEVIS records based solely on the NCIC record that led to Dr. Saxena's initial termination, *see* Baldwin Declaration ¶ 11, and that the reactivation of those terminated SEVIS records is retroactive to the date of initial termination, the effect of which is that it will appear as though the termination never occurred.  *Id.* ¶¶ 12-13.

5.      Upon filing this declaration and its attachment, undersigned counsel emailed the same to opposing counsel to ensure that he received them immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December, 2025.

Alexis A. Warner