# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - KLE | Court Reporter – Deanna Clayborne |
| Courtroom - RC #2 | Date – January 2, 2026 |

## 5:25-cv-5035

| Priya Saxena | James Leach |
|---|---|
| Plaintiff, | |
| vs. | |
| Kristi Noem et al | Alexis Warner |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 3:30 p.m.

TIME:

3:23 p.m.   Enter Stats Conference

   The Court notes pending motions.  Mr. Leach responds.

3:25 p.m.   Court Adjourned.