UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena,<br><br>       Plaintiff,<br><br>  v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>       Defendants. | 5:25-cv-05035-KES<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |

      Defendants, by and through undersigned counsel, respectfully move this Court to extend the deadline for Defendants to file an Answer to Plaintiff's APA claim by one week. In support of this motion, Defendants state as follows:

      1.    Defendants filed a Motion to Dismiss on June 30, 2025. (Doc. 46).

      2.    On January 12, 2026, this Court entered an Order denying Defendants' Motion to Dismiss as to Plaintiff's First Cause of Action (APA claim), and ordering Defendants to file an Answer. (Doc. 69).

      3.    Pursuant to Rule 12(a)(4)(A), Defendants' Answer deadline is January 26, 2026.

      WHEREFORE, Defendants respectfully request a one-week extension—from January 26 to February 2, 2026—to file their Answer. This request is not made for purposes of delay, but to allow Defendants sufficient time to prepare an Answer in light of the Court's recent Order. Plaintiff's counsel has been consulted and does not oppose the requested extension.

Dated this 20th day of January, 2026.

                                            RONALD A. PARSONS, JR.
                                            UNITED STATES ATTORNEY

                                            */s/ Alexis A. Warner*
                                            ALEXIS A. WARNER
                                            Assistant United States Attorney
                                            P.O. Box 2638
                                            Sioux Falls, SD 57101-2638
                                            (605) 330-4400
                                            Alexis.Warner@usdoj.gov