UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Priya Saxena, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. 5:25-cv-5035 |
| ) | |
| Kristi Noem, in her official capacity as ) | |
| Secretary of Homeland Security; ) | |
| the Department of Homeland Security; ) | |
| and Todd Lyons, in his official capacity ) | |
| as Acting Director of U.S. Immigration ) | |
| and Customs Enforcement, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**Motion for Summary Judgment**

Pursuant to Fed. R. Civ. P. 56 and D.S.D. Civ. LR 56.1, plaintiff moves for summary judgment granting a permanent injunction as follows:

1. Defendants are "enjoined from taking any enforcement action against Saxena arising directly or indirectly from the April 2025 termination of her SEVIS record or visa" (Doc. 69 at 14 ¶ 1);

2. "Defendants are required to set aside their determination to mark Saxena's F-1 student status as terminated resulting from the April 2025 termination

of her SEVIS record. Defendants shall also ensure that Saxena's student status and SEVIS authorization, remain active, retroactive to April 4, 2025" (Doc. 69 at 14 ¶ 2); and

3. "Defendants shall maintain Saxena's SEVIS record" permanently "absent defendants becoming aware of a newly discovered independent legal ground allowing removability" or a newly discovered independent legal ground allowing termination of her SEVIS record. (Doc. 69 at 14 ¶ 3).

There is no genuine dispute as to any material fact and Saxena is entitled to judgment as a matter of law. This motion is supported by the Statement of Material Facts, Declaration, and Memorandum filed herewith.

Dated: January 28, 2026     Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiff

Certificate of Service

I certify that on January 28, 2026, I filed this document using CM/ECF, thereby causing automatic electronic service to be made on defendants.

/s/ James D. Leach
James D. Leach

2