UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PRIYA SAXENA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>             Defendants. | 5:25-CV-05035-KES<br><br><br>SCHEDULING ORDER |

Counsel for the parties held a planning meeting in compliance with Fed. R. Civ. P. 26(f) and submitted a report thereon. Therefore,

IT IS ORDERED THAT: The Local Civil Rules of Practice of the United States District Court for the District of South Dakota ("Local Civil Rules") apply to this case where not inconsistent with the Federal Rules of Civil Procedure. Counsel are expected to read the Local Civil Rules and be mindful of the underlying purpose of the Federal Rules of Civil Procedure, as set forth in Rule 1 of those Rules, "to secure the just, speedy, and inexpensive determination of every action and proceeding."

1.  All prediscovery disclosures required by Rule 26(a)(1) will be exchanged by the parties, but not filed with the court, on or before March 16, 2026.

Defendants shall file and serve the certified Administrative Record no later than thirty days after issuance of this order.

2.    All motions, other than motions in limine, together with supporting briefs, will be filed and served on or before thirty days after the court's decision on plaintiff's motion for summary judgment (Docket 72). Opposing parties will file and serve answering materials and briefs within 21 days. Reply briefs will be filed and served within 14 days.

3.    The schedule herein may be modified by the court only upon formal motion and a showing of good cause.

Dated March 13, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

2