UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Priya Saxena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. 5:25-cv-5035 |
| | ) | |
| Markwayne Mullin, in his official capacity | ) | |
| as Secretary of Homeland Security; | ) | |
| the Department of Homeland Security; | ) | |
| and Todd Lyons, in his official capacity | ) | |
| as Acting Director of U.S. Immigration | ) | |
| and Customs Enforcement, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **Motion for Attorney Fees and Costs**

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff moves

for attorney fees and costs in the amount of $53,400.40.  As required by 28 U.S.C.

§ 2412(d)(1)(B), plaintiff alleges that the position of the United States was not

substantially justified.  This motion is supported by the Declarations of Priya

Saxena, Ph.D., and James D. Leach, and a memorandum, all filed herewith.

Dated: August 6, 2026          Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiff

Certificate of Service

I certify that on August 6, 2026, I filed this document using CM/ECF, thereby causing automatic electronic service to be made on defendants.

/s/ James D. Leach
James D. Leach

2