UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| PRIYA SAXENA,<br><br>Plaintiff,<br><br>vs.<br><br>MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY; AND DAVID J. VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>Defendants. | 5:25-CV-05035-KES<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES, EXPENSES, AND COSTS |

Before the court is plaintiff's motion for attorney fees, expenses, and costs in the total amount of $53,400.40 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Docket 89; Docket 90; Docket 91; Docket 92. To facilitate proper payment without delay, the monetary award against a federal agency must be broken down into separate categories of attorney fees, expenses, and costs. Docket 93 at 3. Defendants do not object to separate awards of $51,528.82 in attorney fees, $1,327.54 for expenses, and $544.04 for costs. *Id.* Plaintiff does not object to defendants' request for separate awards. Docket 94 at 1. Thus, it is

ORDERED that plaintiff's motion for attorney fees, expenses, and costs (Docket 89) is granted. It is

FURTHER ORDERED that plaintiff is awarded attorney fees in the amount of $51,528.82, expenses in the amount of $1,327.54, and costs in the amount of $544.04.

Dated September 1, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE